UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                          )
                                                )
NELLY ESTRELLA MEROTH                           )    Case # 6:11-bk-13914-ABB
                                                )    Chapter 7
_____Debtor_____                          )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363 (b) (1) and Local Rule 7005, reports that he intends to hold a public sale on or after the 21st day from the date of mailing this Report and Notice to sell the following property of the estate under the terms and conditions stated:

> ### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, trustee, PO Box 3000, Orlando FL 32802-3000, and serve copy on United States Trustee, 135 W Central Blvd., Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: A 2002 Mazda Milenia, hereinafter referred to as "Property." The debtor valued the Property on Schedule B of the bankruptcy petition dated 09/14/11 at $3,600.00.

2. Method of Sale: The Property will be sold at public, absolute auction.

3. Date and Place of the Sale: The sale will be held on Saturday, December 3, 2011, at 10:00 am at Ewald Auction and Realty Auctioneers Auction House, which is located at 7350 Old Cheney Highway, Orlando, Florida 32807. Any party who desires to inspect the Property can do so by visiting Ewald Enterprises internet website at www.ewaldauctions.com or by contacting auctioneer, Robert Ewald at 407-275-6853.

4. <u>Terms of the Sale</u>: The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold **"as is, where is with all faults and defects therein,"** and subject to all liens and encumbrances. Upon receipt of the funds from the auctioneer, the Trustee will not forward a check to the Debtor because the debtor has not claimed an allowable exemption in the property.

5. The property is being sold subject to the following liens and encumbrances:
    Lienholder name & address    Amount of Lien
    **NONE**

**Trustee has noted all liens of which he has knowledge; however, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.**

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency.

Dated: October 31, 2011

    /s/ <u>Richard B. Webber II, Trustee</u>
    Richard B. Webber II, Trustee
    PO Box 3000
    Orlando FL 32802-3000
    (407) 425-7010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, FL 32801, and auctioneer, Robert Ewald, 12472 Lake Underhill Road, Suite 312, Orlando, FL 32808 this October 31, 2011.

    /s/ <u>Richard B. Webber II, Trustee</u>
    Richard B. Webber II

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-13914-ABB<br>Middle District of Florida<br>Orlando<br>Mon Oct 31 11:19:21 EDT 2011 | Robert H Ewald<br>Ewald Enterprises Inc<br>12472 Lake Underhill Rd Ste 312<br>Orlando, FL 32828-7144 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Nelly Estrella Meroth<br>546 Orange Drive Apt#21<br>Altamonte Springs, FL 32701-5359 |
| Carlos E Perez Pastrana<br>PO Box 21382<br>San Juan, PR 00928-1382 | Reliable Financial Services, Inc.<br>c/o Carlos Perez Pastrana<br>PO Box 21382<br>San Juan, PR 00928-1382 | Acs/bank Of America<br>501 Bleecker St<br>Utica, NY 13501-2401 |
| Acs/bank Of America<br>Acs Education Svcs<br>Utica, NY 13501 | Acs/mefa<br>501 Bleecker St<br>Utica, NY 13501-2401 | AlliedInterstate<br>3000 Corporate Exchange Dr<br>5th Floor<br>Columbus, OH 43231-7723 |
| Amca<br>4 West Chester Plaza<br>Elmsford, NY 10523-1612 | Amex<br>c/o Beckett & Lee<br>16 General Warren Blvd.<br>Malvern, PA 19355-1245 | Bac/fleet-bkcard<br>680 Blair Mill Road<br>Horsham, PA 19044-2223 |
| Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Chase<br>9451 Corbin Avenue<br>Northridge, CA 91324-1665 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase-pier1<br>Attn: Recovery<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase/ Washington Mutual<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase/kane<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 |
| Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citizens Bank<br>480 Jefferson Blvd<br>Rje 135<br>Warwick, RI 02886-1359 | Credit Coll<br>Po Box 9136<br>Needham, MA 02494-9136 |
| Dept Of Ed/sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |

```
E Oreg Univ                        Florida Department of Revenue      Gemb/banana Rep
Attn: Bankruptcy                   Bankruptcy Unit                    Attn: Bankruptcy
Po Box 9500                        Post Office Box 6668               Po Box 103104
Wilkes-Barre, PA 18773-9500        Tallahassee FL 32314-6668          Roswell, GA 30076-9104


Green Point Savings                Hilco Receivables/Equable Ascent Financi   Hsbc/davbr
Po Box 130424                      Attn: Bankruptcy                   Pob 15521
Roseville, MN 55113-0004           1120 Lake Cook Road Suite B        Wilmington, DE 19850-5521
                                   Buffalo Grove, IL 60089-1970


Hsbc/dmark                         I.C. System, Inc.                  Internal Revenue Service
Po Box 15524                       444 Highway 96 East                Post Office Box 7346
Wilmington, DE 19850               P.O. Box 64437                     Philadelphia PA 19101-7346
                                   Saint Paul, MN 55164-0437


Midland Credit Management          Midland Credit Manangement, Inc.   Pnc Mortgage Servicing
Po Box 939019                      8875 Aero Drive, Suite 200         Attention: Bankruptcy
San Diego, CA 92193-9019           San Diego CA 92123-2255            P.O. Box 24696
                                                                      Columbus, OH 43224-0696


Professional Collection Sys        RCB/ Resort on Cocoa Beach         Rbs Citizens Na
PO Box 538092                      c/o VRI                            1000 Lafayette Blvd
Orlando, FL 32853-8092             PO Box 540669                      Bridgeport, CT 06604-4725
                                   Merritt Island, FL 32954-0669


Reliable Financial Services        Sears/cbna                         Sears/cbna
PO Box 21382                       133200 Smith Rd                    701 East 60th St N
San Juan, PR 00928-1382            Cleveland, OH 44130                Sioux Falls, SD 57104-0432


Seminole County Tax Collector      Stevens Business Service           T-mobile
Attn:  Ray Valdes                  92 Bolt St, Ste 1                  PO Box 53410
Post Office Box 630                PO Box 1233                        Bellevue, WA 98015-3410
Sanford FL 32772-0630              Lowell, MA 01853-1233


Td Bank N.a.                       (p)TOYOTA MOTOR CREDIT CORPORATION United States Attorney
Po Box 219                         PO BOX 8026                        501 West Church Street
Lewiston, ME 04243-0219            CEDAR RAPIDS IA 52408-8026         Suite 300
                                                                      Orlando FL 32805-2281


Universal Mtg Corp/wi              Visa Dept. Stores                  Wells Fargo
744 N 4th St                       Attn: Bankruptcy                   Box 21382
Milwaukee, WI 53203-2112           Po Box 8053                        Rio Piedras, PR 00928-1382
                                   Mason, OH 45040-8053


Wells Fargo Card Ser               Wells Fargo Hm Mortgag             Wfnnb/express
1 Home Campus                      7255 Baymeadows Wa                 Po Box 182686
3rd Floor                          Des Moines, IA 50306               Columbus, OH 43218-2686
Des Moines, IA 50328-0001
```

| | | |
|---|---|---|
| Charles W Price + | United States Trustee - ORL7 + | Richard B Webber, Trustee + |
| Price Law Firm | 135 W Central Blvd., Suite 620 | Post Office Box 3000 |
| 390 Maitland Avenue | Orlando, FL 32801-2440 | Orlando, FL 32802-3000 |
| Suite 1000 | | |
| Altamonte Springs, FL 32701-5415 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Arthur B. Briskman | End of Label Matrix |
| Orlando | Mailable recipients    62 |
| | Bypassed recipients     1 |
| | Total                  63 |